UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-00696-WLH-KSx | Date | October 6, 2023 |
|---|---|---|---|
| Title | Novation Solutions, Inc. v. Issuance, Inc. et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge | |
|---|---|---|
| Holidae Crawford | | Marea Woolrich |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant: |
| Ekwan E. Rhow | | Robert J Muller |

**Proceedings:** **MOTION TO DISMISS FRIST CAUSE OF ACTION [94]**

    The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on October 6, 2023, and reviewed by counsel. The Court heard oral argument. The Court took the request **UNDER SUBMISSION** and a ruling will be issued.

: 37

Initials of Deputy Clerk    hc